The relief described hereinbelow is SO ORDERED

Done this 13th day of October, 2018.



Bess M. Parrish Creswell
United States Bankruptcy Judge



___

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION (Montgomery)

| | |
|---|---|
| IN RE: | : CASE NO: 18-30547-BMC |
| | : |
| | : CHAPTER: 13 |
| | : |
| GABRIELLE SWINDLE | : |
|     Debtor | : |
| ------------------------------ | ------------------------------ |
| HOME POINT FINANCIAL CORPORATION, | : |
|     Movant, | : |
| | : |
| | : CONTESTED MATTER |
| vs. | : |
| | : |
| GABRIELLE SWINDLE, | : |
| SABRINA L. MCKINNEY, Trustee | : |
|     Respondents. | : |
| | : |

### AGREED ORDER CONDITIONALLY DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Home Point Financial Corporation, for itself, its successors and assigns (the "Movant"), filed a Motion for Relief from Automatic Stay (the "Motion") September 13, 2018, which was set for hearing on **September 24, 2018** (the "Hearing"). Movant seeks relief as to Debtor`s real property located in Chilton County, Alabama, now or formerly known as 224 COUNTY ROAD 53, CLANTON, AL 35045 (the "Property"), as more particularly described in Exhibit "B" attached to the Motion. Movant

asserts that the Motion was properly served and hearing properly noticed.  The parties reached an agreement as follows:

Movant shall supplement its Proof of Claim/file a Proof of Claim to include the following post-petition mortgage arrearages totaling $6,887.05 (this amount does not include fees, expenses or charges incurred to date and listed in the filed Motion but for which no Notice of Post-petition Mortgage Fees, Expenses and Charges has yet been filed):

| Description | FROM | TO | Quantity | Amount | Total |
|---|---|---|---|---|---|
| Missed Payment Group 1 | 04/01/2018 | 10/01/2018 | 7 | $867.53 | $6,072.71 |
| Bankruptcy Fees and Costs | | | 1 | $831.00 | $831.00 |
| Suspense Balance Credit | | | 1 | $-16.66 | $-16.66 |

Accordingly, by consent, it is hereby

**ORDERED** that:

Debtor payment to Trustee shall increase to $84.00 weekly.  The payment by the Trustee to Movant shall be $130.00 per month.   Beginning on **November 1, 2018**, Debtor shall pay all future monthly mortgage payments as and when due.  These payments shall be governed by Strict Compliance provisions as detailed below.

The Motion for Relief from Stay filed by Movant is hereby conditionally denied.  However, should the Debtor default under the mortgage agreement between the parties beginning November 1, 2018, the Motion for Relief from Stay is granted if the Movant gives the Debtor, and the Debtor`s attorney twenty (20) days written notice of opportunity to cure.  If the default is not cured within twenty (20) days from the date the notice is issued, then the stay shall lift without further order of the Court.  Further, Movant is allowed to communicate with the Debtor any communication required under the note and mortgage or under state law.  Waiver of default shall not constitute waiver of subsequent

default. The Debtor is responsible for reasonable attorney fees involved in the enforcement of this order.

### ###END OF ORDER###

Prepared and Submitted by:

/s/ Jacob Mauldin
Jacob Mauldin
AL State Bar No. ASB-7826-B44M
Rubin Lublin, LLC
100 Concourse Parkway, Suite 115
Birmingham, AL 35244
(877) 813-0992
jmauldin@rubinlublin.com
Attorney for Creditor


Consented to by:

/s/ Gary A. Backus
Gary A. Backus, Esq.
AL State Bar No. ASB-0680-B50G
Backus Law Group
PO Box 1804
Montgomery, AL 36102
334-265-0800
gacbackus@gmail.com
Attorney for Debtor

No Opposition to by:

/s/ Jessica P. Trotman
Jessica P. Trotman for Sabrina L. McKinney
P. O. Box 173
Montgomery, AL 36101
334-262-8371
13trustee@ch13mdal.com
Standing Chapter 13 Trustee

DISTRIBUTION LIST

Gabrielle Swindle
224 County Road 53
Clanton, AL 35045

Gary A. Backus, Esq.
Backus Law Group
PO Box 1804
Montgomery, AL 36102

Sabrina L. McKinney, Trustee
P. O. Box 173
Montgomery, AL 36101

Jacob Mauldin, Esq.
Rubin Lublin, LLC
100 Concourse Parkway, Suite 115
Birmingham, AL 35244