# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION (Montgomery)

IN RE:               : **CASE NO: 18-30547-BMC**
                         : **CHAPTER: 13**
                         :

**GABRIELLE SWINDLE**        :
     **Debtor**                :
                         :

## WITHDRAWAL OF PROOF OF CLAIM

       Comes now Home Point Financial Corporation, a secured creditor of the above-named Debtor, and respectfully requests that the Proof of Claim No. 9-1 in the amount of $129,417.26 with pre-petition arrearages totaling $4,115.86 filed in the above-styled case on the 4th day of May, 2018 be **WITHDRAWN**.

       This 9th day of September, 2019


/s/ Amanda Beckett
Amanda Beckett
AL State Bar No. ASB-1884-N75B
Rubin Lublin, LLC
200 Clinton Avenue West, Suite 406
Huntsville, AL 35801
(877) 813-0992
abeckett@rubinlublin.com
Attorney for Creditor

## <u>CERTIFICATE OF SERVICE</u>

I, Amanda Beckett of Rubin Lublin, LLC certify that on the <u>9th</u> day of September, 2019, I caused a copy of the foregoing to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

Gabrielle Swindle
224 County Road 53
Clanton, AL 35045

Gary A. Backus, Esq.
Backus Law Group
PO Box 1804
Montgomery, AL 36102

Sabrina L. McKinney, Trustee
P. O. Box 173
Montgomery, AL 36101


Executed on <u>9/9/19</u>
By: <u>/s/ Amanda Beckett</u>
Amanda Beckett
AL State Bar No. ASB-1884-N75B
Rubin Lublin, LLC
200 Clinton Avenue West, Suite 406
Huntsville, AL 35801
(877) 813-0992
abeckett@rubinlublin.com
Attorney for Creditor